UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:09-CR-119-T-17TGW

JEFFREY FRIEDLANDER,
TROY WUBBENA.

_____/

ORDER

This cause is before the Court on:

Dkt. 141   Report and Recommendation

After a hearing, the assigned Magistrate Judge has issued a Report and Recommendation as to Defendant Wubbena's Motion for Payment of Costs. It is recommended that an Order be entered directing the Government to disclose within a short period of time the documents of patients, and any non-patients, that the Government intends to offer in its case-in-chief as evidence of illegal activity, subject to subsequent supplementation. After the disclosure, and after Defendant indicates any additional documents necessary for an adequate defense, it is recommended that Defendant Wubbena obtain a new estimate for necessary services, broken down between copying, scanning and bate-stamping, along with a separate estimate for any additional documents specified by Defendant. It is further recommended that no request for authorization for payment of copying costs be forwarded to the Eleventh Circuit Court of Appeals until Defendant Wubbena's business sells the Porsche, and the funds from that sale are available to be applied to the cost of

Case No. 8:09-CR-119-T-17TGW

copying.

The Court notified Defendant Wubbena that any objection to the Report and Recommendation was due by 3:00 p.m. on December 23, 2009 (Dkt. 142). No objection has been filed. Accordingly, it is

**ORDERED** that the Report and Recommendation is **adopted** and incorporated by reference. It is further

**ORDERED** that Defendant Wubbena shall immediately take all necessary steps to make arrangements for the sale of the Porsche owned by Defendant's business, and funds from that sale shall be applied to Defendant Wubbena's copying costs; it is further

**ORDERED** that the Government disclose which documents the Government intends to offer in its case-in-chief by 1/13/2010; Defendant Wubbena shall specify which additional documents, if any, are necessary for an adequate defense by 1/20/2010. It is further

**ORDERED** that Defendant Wubbena shall obtain an estimate for the copying of all necessary documents as soon as possible after 1/20/2010.

Case No. 8:09-CR-119-T-17TGW

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 23rd day of December, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record